| | |
|---|---|
| 1 | BRUCE A. NEILSON #096952 |
|   | 7108 N. Fresno St. #190 |
| 2 | Fresno, California 93720 |
|   | Telephone (559) 432-9831 |
| 3 | Facsimile (559) 432-1837 |
| 4 | Attorney for Defendants |
|   | Wing Kei Law and Guo Xin Huang |
| 5 | |
| 6 | KEITH M. WHITE #188536 |
|   | COLEMAN & HOROWITT, LLP |
| 7 | Attorneys at Law |
|   | 499 West Shaw, Suite 116 |
| 8 | Fresno, California 93704 |
|   | Telephone: (559) 248-4820 |
| 9 | Facsimile: (559) 248-4830 |
| 10 | Attorneys for Defendant, |
|   | David Cooper, dba Davinci's Pizza |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| RONALD MOORE, | CASE NO. 1: 13-CV-01338-LJO-SMS |
| Plaintiff, | SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS DAVID COOPER, dba DAVINCI'S PIZZA, WING KEI LAW and GUO XIN HUANG TO RESPOND TO COMPLAINT |
| vs. | |
| DAVID COOPER, dba DAVINCI'S PIZZA; WING KEI LAW and GUO XIN HUANG, husband and wife as joint tenants, | |
| Defendants. | |

WHEREAS:

    1.    Plaintiff Ronald Moore filed this action on August 22, 2013.

    2.    This is Defendants David Cooper, dba DaVinci's Pizza and Wing Kei Law and Guo Xin Huang's (collectively referred to "Defendants") second request for an extension of time. A previous extension of time was granted by the plaintiff within the statutory allowance; thus, court approval is required for a further extension of time.

    3.    Plaintiff and Defendants are in settlement negotiations at this time.

Ronald Moore v. David Cooper et al.
Second Stipulation For Extension of Time

1

Case No. 1: 13-cv-01338

4. Plaintiff has sent to Defendants a proposed settlement agreement for Defendants to review to settle this case.

5. The parties agree that settlement of this case would save valuable court time and resources.

6. The parties have agreed to extend Defendants' time to respond to the complaint until November 13, 2013, subject to the court's approval, and believe that the case can be settled within that time.

7. This extension of time will not alter any date or event already set by Court order, including the mandatory scheduling conference.

NOW THEREFORE, Defendants through their attorneys, and Plaintiff Ronald Moore, through his attorneys, hereby stipulate and agree that the time for Defendants David Cooper, dba DaVinci's Pizza and Wing Kei Law and Guo Xin Huang's to answer or otherwise respond to the Complaint shall be extended up to and including November 13, 2013, pending court approval.

IT IS SO STIPULATED.

Dated: October 15, 2013
       MOORE LAW FIRM, PC
       /s/Tanya Moore
       Tanya Moore, Attorney for Plaintiff Ronald Moore

Dated: October 15, 2013
       /s/Bruce A. Neilson
       Bruce A. Neilson, Attorney for Defendants
       Wing Kei Law and Guo Xin Huang

Dated: October 15, 2013
       COLEMAN & HOROWITT, LLP
       /s/Keith M. White
       Keith M. White, Attorneys for Defendants
       David Cooper, dba DaVinci's Pizza

**IT IS SO ORDERED.**

Dated: 10/21/2013
       /s/ SANDRA M. SNYDER
       UNITED STATES MAGISTRATE JUDGE