UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID COOPER, et al.,<br><br>Defendants. | **CASE NO. CV F 13-1338 LJO SMS**<br><br>**ORDER AFTER SETTLEMENT**<br><br>**(Doc. 15.)** |

      Plaintiff's counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than December 17, 2013**, to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

      This Court VACATES all pending matters and dates, including the **November 27, 2013 scheduling conference**, which is subject to immediate resetting.

      Failure to comply with this order will be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This

1

Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

    Dated:   **November 15, 2013**          /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE