1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore
6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11 RONALD MOORE,                          ) No.  1:13-cv-01338-LJO-SMS
                                          )
12            Plaintiff,                  ) **STIPULATION FOR DISMISSAL OF**
                                          ) **ACTION; ORDER**
13       vs.                              )
                                          )
14 DAVID COOPER, dba DAVINCI'S PIZZA;     )
   WING KEI LAW and GUO XIN HUANG,        )
15 husband and wife as joint tenants,     )
                                          )
16            Defendants.                 )
                                          )
17 _____)

18

19

20

21

22

23

24

25

26

27

28

1    IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants
2 David Cooper, dba DaVinci's Pizza, and Wing Kei Law and Guo Xin Huang, husband and wife
3 as joint tenants, the parties to this action, by and through their respective counsel, that pursuant
4 to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed
5 with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

6 Dated: November 26, 2013                    MOORE LAW FIRM, P.C.

8                                              */s/ Tanya E. Moore*
                                              Tanya E. Moore
9                                              Attorney for Plaintiff
                                              Ronald Moore
10

12 Dated: November 27, 2013                    COLEMAN & HOROWITT, LLP

14                                              */s/ Keith M. White*
                                              Keith M. White
15                                              Attorneys for Defendant
                                              David Cooper, dba DaVinci's Pizza

18 Dated: November 26, 2013                    */s/ Bruce A. Neilson*
                                              Bruce A. Neilson
19                                              Attorney for Defendants
                                              Wing Kei Law and Guo Xin Huang,
20                                              husband and wife as joint tenants

# ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **November 27, 2013**          /s/ Lawrence J. O'Neill
                                                                                        UNITED STATES DISTRICT JUDGE