1 Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 332 North Second Street
San Jose, California 95112
3 Telephone (408) 298-2000
Facsimile (408) 298-6046
4 E-mail: tanya@moorelawfirm.com

5 Attorneys for Plaintiff
Ronald Moore

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE, | No. 1:13-cv-01338-LJO-SMS |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| DAVID COOPER, dba DAVINCI'S PIZZA; WING KEI LAW and GUO XIN HUANG, husband and wife as joint tenants, | |
| Defendants. | |

1   IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants David Cooper, dba DaVinci's Pizza, and Wing Kei Law and Guo Xin Huang, husband and wife as joint tenants, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Dated: November 26, 2013             MOORE LAW FIRM, P.C.


                                     */s/ Tanya E. Moore*
                                     Tanya E. Moore
                                     Attorney for Plaintiff
                                     Ronald Moore


Dated: November 27, 2013             COLEMAN & HOROWITT, LLP


                                     */s/ Keith M. White*
                                     Keith M. White
                                     Attorneys for Defendant
                                     David Cooper, dba DaVinci's Pizza


Dated: November 26, 2013             */s/ Bruce A. Neilson*
                                     Bruce A. Neilson
                                     Attorney for Defendants
                                     Wing Kei Law and Guo Xin Huang,
                                     husband and wife as joint tenants

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **November 27, 2013**         /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE